## March 28, 1977.

APPEAL No. 75-192. DIANE N. GIACOMINI *v.* DR. JOSEPH BEVILACQUA *et al.* The defendants' motion to file a post argument memorandum is granted. *Oster, Espo, Fay & Groff, Irving N. Espo, George M. Prescott*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Richard B. Woolley*, Special Asst. Attorney General, for defendants.

APPEAL No. 75-306. FRANCIS P. JOBIN *v.* AMERICAN DRILLING & BORING Co. The respondent's motion to file its brief out of time is granted. *Vincent J. Chisholm*, for petitioner. *Charles J. McGovern*, for respondent.

APPEAL No. 76-49. IN RE IRVING NARDOLILLO. The appellee's motion to extend the time for filing his brief is granted. The brief will be filed on or before April 15, 1977. *Julius C. Michaelson*, Attorney General, *Forrest Avila*, Special Asst. Attorney General, for appellant. *Richard P. D'Addario, Rhode Island Legal Services, Inc.*, for appellee.

APPEAL No. 77-31. STATE *v.* MICHAEL DRISCOLL. The defendant's motion to withdraw his appeal is granted. *Julius C. Michaelson*, Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III, James Ruggerio*, Asst. Public Defenders, for defendant.